```
KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue,10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7241
    Facsimile:   (415) 436-6748
    Email:       owen.martikan@usdoj.gov
```

Attorneys for Defendant Jo Anne Barnhart

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAMECCA SWISHER,<br><br>                     Plaintiff,<br><br>              v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security Administration,<br><br>                     Defendant. | No. C 05-01546 SI (MEJ)<br>**E-FILING CASE**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL AND TRIAL DATES** |

      This stipulation respectfully asks the Court to continue the remaining pre-trial and trial dates in this case by 60 days. This stipulation is due to defendant's late receipt of written discovery answers, which defendant needs to prepare its motion for summary judgment. The current filing date for this summary judgment motion is August 4, 2006.

Therefore, the parties request that the Court amend the case management schedule in this case as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| **Dispositive Motion Filing** | August 4, 2006 | October 6, 2006 |
| **Dispositive Motion Hearing** | September 8, 2006 | ~~November 10, 2006~~ 11/17/06 |
| **Pre-Trial Conference** | November 7, 2006 | January 30, 2007 |
| **Trial Commences** | November 20, 2006 | February 5, 2007[1] |

IT IS SO STIPULATED.

**For Plaintiff Shamecca Swisher.**

DATED: July 24, 2006        By:      /s/_____
                                      IRVING MEYER, ESQ.
                                      Attorney for Plaintiff, Duke Bolter

**For The Defendant Jo Anne Barnhart.**

                                      KEVIN V. RYAN
                                      United States Attorney

DATED: July 24, 2006        By:      /s/_____
                                      OWEN P. MARTIKAN
                                      Assistant United States Attorney
                                      Attorneys for Federal Defendants

### [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

DATED: 7/25/06                       _____
                                      SUSAN ILLSTON
                                      United States District Judge

---

[1] This date is proposed in February due to defendant's previously set trial on January 22, 2007.

STIP. TO MOVE TRIAL & PRE-TRIAL DATES
C 05-01546 SI (MEJ)            2