| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | OWEN P. MARTIKAN (SBN 177104)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, 10th Floor<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7241 |
| 6 | Facsimile: (415) 436-6748<br>Email: owen.martikan@usdoj.gov |
| 7 | Attorneys for Defendant Jo Anne Barnhart |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SHAMECCA SWISHER, | ) | No. C 05-01546 SI (MEJ) |
| | ) | **E-FILING CASE** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING PRE-TRIAL** |
| JO ANNE B. BARNHART, Commissioner | ) | **AND TRIAL DATES** |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
|  | ) | |

This stipulation respectfully asks the Court to continue the remaining pre-trial and trial dates in this case by 60 days. This stipulation is due to defendant's late receipt of written discovery answers, which defendant needs to prepare its motion for summary judgment. The current filing date for this summary judgment motion is August 4, 2006.

Therefore, the parties request that the Court amend the case management schedule in this case as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| **Dispositive Motion Filing** | August 4, 2006 | October 6, 2006 |
| **Dispositive Motion Hearing** | September 8, 2006 | ~~November 10, 2006~~ 11/17/06 |
| **Pre-Trial Conference** | November 7, 2006 | January 30, 2007 |
| **Trial Commences** | November 20, 2006 | February 5, 2007[1] |

IT IS SO STIPULATED.

**For Plaintiff Shamecca Swisher.**

DATED: July 24, 2006      By: ____/s/_____
                          IRVING MEYER, ESQ.
                          Attorney for Plaintiff, Duke Bolter

**For The Defendant Jo Anne Barnhart.**

                          KEVIN V. RYAN
                          United States Attorney

DATED: July 24, 2006      By: ____/s/_____
                          OWEN P. MARTIKAN
                          Assistant United States Attorney
                          Attorneys for Federal Defendants

# [~~PROPOSED~~] ORDER

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

DATED: 7/25/06            ____/s/ Susan Illston_____
                          SUSAN ILLSTON
                          United States District Judge

---

[1] This date is proposed in February due to defendant's previously set trial on January 22, 2007.

STIP. TO MOVE TRIAL & PRE-TRIAL DATES
C 05-01546 SI (MEJ)          2