1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  OWEN P. MARTIKAN (SBN 177104)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102-3495
       Telephone:    (415) 436-7241
6      Facsimile:    (415) 436-6748
       Email:        owen.martikan@usdoj.gov
7
   Attorneys for Defendant Jo Anne Barnhart
8
                            UNITED STATES DISTRICT COURT
9
                           NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN FRANCISCO DIVISION
11

12 SHAMECCA SWISHER,              )   No. C 05-01546 SI (MEJ)
                                  )   **E-FILING CASE**
13                  Plaintiff,    )
                                  )
14          v.                    )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER CONTINUING SETTLEMENT**
15 JO ANNE B. BARNHART, Commissioner ) **CONFERENCE TO FOLLOW MSJ**
   of Social Security Administration, ) **HEARING**
16                                )
                    Defendant.    )
17 _____)

1   This stipulation respectfully asks the Court to move the settlement conference in this case
2   from September 27, 2006 to a date following the November 17, 2006 hearing on defendant's
3   summary judgment motion.  The reason for this request is that the parties' settlement positions
4   may be affected by the Court's views of the summary judgment motion.
5   IT IS SO STIPULATED.
6   **For Plaintiff Shamecca Swisher.**

8   DATED: ___8/17/06_____     By:     _____/s/_____
9                                                IRVING MEYER, ESQ.
                                                 Attorney for Plaintiff, Duke Bolter
10  **For The Defendant Jo Anne Barnhart.**
11
12                                               KEVIN V. RYAN
                                                 United States Attorney
13
14  DATED: ___8/17/06_____     By:     _____/s/_____
                                                 OWEN P. MARTIKAN
15                                               Assistant United States Attorney
                                                 Attorneys for Federal Defendants

18                                  [~~PROPOSED~~] ORDER
19      Pursuant to stipulation and for good cause shown, the Court hereby VACATES the
20  settlement conference currently set for September 27, 2006, and will reschedule the conference
21  for a date following the November 17 hearing on defendant's summary judgment motion.
22      SO ORDERED.    Matter is continued until November 29, 2006 at 10:00 AM.

24  DATED: __9-25-06_____        _____
                                                 HON. MARIA-ELENA JAMES
25                                               United States Magistrate Judge